IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE GULLY, | ) | |
| | ) | 8:10CV308 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| KEN BELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' opposition (Filing No. 34) to the motion of William M. Lamson, Jr., William R. Settles, Brian J. Brislen and the law firm of Lamson, Dugan and Murray, LLP (Filing No. 15) to withdraw as counsel for the defendants. Although the court granted the motion to withdraw by order (Filing No. 31) on July 7, 2011, the defendants filed a motion (Filing No. 32) to set aside such order. On July 8, 2011, the court entered an order holding the defendants' motion to set aside in abeyance pending the filing of any opposition to the motion to withdraw. **See** Filing No. 33 - Text Order. The defendants have now filed the opposition and the plaintiff and William M. Lamson, Jr., William R. Settles, Brian J. Brislen and the law firm of Lamson, Dugan and Murray, LLP shall have an opportunity to respond. Accordingly,

**IT IS ORDERED:**

1. The defendants' motion (Filing No. 32) to set aside is held in abeyance pending a reply by William M. Lamson, Jr., William R. Settles, Brian J. Brislen and the law firm of Lamson, Dugan and Murray, LLP.

2. William M. Lamson, Jr., William R. Settles, Brian J. Brislen and the law firm of Lamson, Dugan and Murray, LLP, shall have to **on or before July 29, 2011**, to file a reply. The plaintiff may also file a response **on or before July 29, 2011**.

3. The deadline for the parties to file a planning report as required by Fed. R. Civ. P. 26(f) is terminated.

4. William M. Lamson, Jr., William R. Settles, Brian J. Brislen and the law firm of Lamson, Dugan and Murray, LLP, shall serve a copy of this order on Jerry Beninato and file a certificate of such service containing Mr. Beninato's current address.

DATED this 20th day of July, 2011.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge