IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GEORGE GULLY,** <br><br>                        **Plaintiff,** <br><br>    vs. <br><br> **KEN BELL,** *et al.*, <br><br>                        **Defendants.** | **8:10CV308** <br><br> **ORDER OF DISMISSAL** <br> **WITH PREJUDICE** |

**ORDER**

On May 22, 2012, following final approval of the settlement of this lawsuit, the Parties filed a Stipulation [Dkt. No. 51] to dismiss this case with prejudice.  The Stipulation was submitted in accordance with the Court-approved settlement agreement, which called for the Parties to submit just such a stipulation within five days after entry of a final approval order. After review of the Stipulation, the Court makes the following ODER:

IT IS ORDERED that this case is hereby dismissed with prejudice.  Dismissal of this lawsuit is warranted in light of the settlement reached by the Parties and finally approved by the Court.

DATED this 25th day of May, 2012.

                                    BY THE COURT:

                                    *s/ Joseph F. Bataillon*
                                    U.S. District Judge